Bevon, Greg & Stephanie                                09-13574

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS    108
                     60-249 / 433
TID #380380                   23
WILBUR J. (BILL) BABIN, JR.

| Case | Debtor |
|---|---|
| 09-13574 EWM | BEVON, GREG |
| 92003177197966 | BEVON, STEPHANIE |
| COMBINED SMALL CHECK | |

Date  10/26/2010    $ ***********2.08

~~~Two Dollars and 08/100

Pay to the Order of:
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans LA 70130-3386

WILBUR J. (BILL) BABIN, JR., Trustee

⑆000000108⑆  ⑉043302493⑉ 92003177197966⑉

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227854    — JN
* * C O P Y * *
November 09, 2010
14:43:35

UNC.UNDER$25
09-13574

Debtor.: GREG BEVON
Trustee: Wilbur Babin, Jr.
Amount.:            $2.08 CH
Check#.: 108

Total-> $2.08

FROM: BABIN

11/9/10
Deposit to 106000
Treasury Acct

Due to:
Entergy Louisiana, LLC

CV.

<div style="text-align:center">

**WILBUR J. "BILL" BABIN, JR.**

*Trustee in Bankruptcy*

3027 RIDGELAKE DRIVE
METAIRIE, LA 70002
TELEPHONE: (504) 833-8668
TELECOPIER: (504) 837-2214

</div>

November 8, 2010

Ms. Cheryl Vogel
Fiscal Admin Supervisor
U.S. Bankruptcy Court
Eastern District of Louisiana
500 Poydras St., Rm. B-601
New Orleans, LA 70130-3386

        **In re:** BEVON, GREG
              BEVON, STEPHANIE
              USBC-EDLA 09-13574-A

Dear Ms. Vogel:

In compliance with Rule 3010 of the Rules of Bankruptcy Procedure, attached hereto please find check in the amount of $2.08 representing dividends in an amount less than $5.00 due to the following creditors:

| | |
|---|---|
| ENTERGY LOUISIANA LLC | |
| P O BOX 6008 | |
| L-JEF-359 | |
| NEW ORLEANS, LA   70174-6008 | |
| Claim #1 | $2.08 |
| **Total:** | $2.08 |

Please treat these funds in the same manner as unclaimed funds.

Thanking you for your assistance and cooperation in this matter and with best wishes, I am

                                          Very truly yours,

                                          WILBUR J. "BILL" BABIN, JR.-TRUSTEE

WJBjr/ld
Enclosure